April 21, 2025

**MAILING ADDRESS:**
Jovan L Fludd, Executor/Beneficiary
2199 5th Avenue, Apt. 3A
New York, NY 10037

**Certified Mail#: 9589071052700885559706**
**9589071052700885559713**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
500 Pearl Street
New York, NY 10007

Jonathan M. Marmo, Esq.
HOLLAND & KNIGHT, LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103

**RE: CIVIL ACTION NO. 1:25-cv-3025**

Dear Clerk:

I received a notice of lawsuit for the above civil action number and would like to clearly state that I do not consent to this proceeding, nor does there exist a contract that requires my participation in this matter. Please review my affidavit of presumption rejections for more clarity. If there is an agreement/contract requiring the trust to participate in this court proceeding, please provide me with a copy.

JOVAN L FLUDD TRUST

By:_____
Jovan L Fludd, Executor/Beneficiary

RECEIVED
APR 24 2025
PRO SE OFFICE